

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
212-416-8820

October 29, 2007

BY HAND
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

**MEMORANDUM ENDORSED**

    Re:    Taylor v. Poole, No. 07 Civ. 6318 (RJH/GWG)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York. By agreement with the New York County District Attorney's Office, I will be representing respondent in this habeas corpus proceeding. I am writing to request a 90-day extension of time to respond to the habeas petition.

    On September 17, 2007, Your Honor issued an order directing respondent to file answering papers by November 13, 2007. Upon receipt of that order, this office ordered the state court records and transcripts in the case. I have not yet received the transcripts, which I need in order to draft my answer. For that reason, and because I must file eight other habeas corpus responses and two appellate briefs, including one in the Second Circuit, between now and the end of the year, I am requesting a 90-day extension, until February 11, 2008, to file my response in this case.

    I thank the Court for its consideration.

Respectfully submitted,

Jodi A. Danzig (JD-8126)
Assistant Attorney General

*Granted. No further extensions absent showing of extraordinary circumstances. Petitioner may respond 30 days thereafter.*

cc:  Mr. Keith Taylor (by U.S. mail)
     00-A-4201
     Five Points Correctional Facility
     Caller Box 119, State Route 96
     Romulus, New York 14541

SO ORDERED:   DATE: 11/8/2007
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

120 Broadway, New York, NY 10271 ● Fax (212) 416-8010