UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEITH TAYLOR,

     Petitioner,

- against -

THOMAS POOLE,

     Respondent.

------------------------------------------------------------ x

COURTESY COPY

MEMORANDUM ENDORSED
~~NOTICE OF MOTION~~

No. 07 Civ. 6318 (RJH) (GWG)

  PLEASE TAKE NOTICE that respondent will move this Court at the United States Courthouse, on a date and at a time to be set by this Court, for an order granting respondent a second extension of time to answer the petition for a writ of habeas corpus.

Dated: New York, New York
   January 29, 2008

            ANDREW M. CUOMO
            Attorney General of the State of New York
            <u>Attorney for Respondent</u>

            By: _____
            JODI A. DANZIG (JD-8126)
            Assistant Attorney General
            120 Broadway
            New York, New York 10271
            (212) 416-8820
            Jodi.Danzig@oag.state.ny.us

*[Handwritten endorsement:]* Extension Granted to March 27, 2008. Petitioner may reply 30 days thereafter. (The Court assumes that respondent is aware that an Amended petition was filed on Dec. 6, 2007.) SO ORDERED. DATE: 2/15/2008 /s/ Gabriel W. Gorenstein, UNITED STATES MAGISTRATE JUDGE