COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KEITH TAYLOR,
         Petitioner,

-against-

THOMAS POOLE,
         Respondent.
----------------------------------X

**MEMORANDUM ENDORSED**

~~NOTICE OF MOTION~~

No. 07 Civ. 6318 (RJH)(GWG)

5/5/08

    **PLEASE TAKE NOTICE** that petitioner will move this Court at the United States Courthouse, on a date and time to be set by this Court, for an order granting petitioner an extension of time to respond to respondent's reply to petition for writ of habeas corpus.

Dated:    Romulus, New York
          April 11th, 2008.

Keith Taylor,
Petitioner - Pro se
Inmate Number: 00-A-4201
Five Points Correc. Facility
State Route 96, P.O. Box 119
Romulus, New York 14541



RECEIVED April 16, 2008 PRO SE OFFICE

Extension to June 16, 2008 granted.

SO ORDERED: 5/5/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE