

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------
KEITH TAYLOR,
              Petitioner,

        -against-                    NOTICE OF MOTION

                                     No. 07 Civ. 6318(RJH)(GWG)

THOMAS POOLE,
              Respondent.
--------------------------------

   PLEASE TAKE NOTICE that petitioner will move this Court at the United States Courthouse, on a date and time to be set by this Court, for an order granting petitioner assistance of counsel to help me prepare a Traverse to the Attorney General's response, or in the alternative, a second extension of time to file said traverse until September 15th or later, or for any other and further relief as to this Court may deem just and proper.

*Extension to September 15, 2008 granted. No further extensions.*

SO ORDERED: DATE: 6/9/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Dated: Romulus, New York
       May 27th, 2008.

Keith Taylor,
Petitioner - Pro se
Inmate Number: 00-A-4201
Five Points C.F.
State Rte. 96, P.O. Box 119
Romulus, New York 14541

